# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**IAN CALLAHAN,**

    **Petitioner,**

v.                                          Case No. 4:21-cv-450-AW-HTC

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

A Florida jury found Petitioner Ian Callahan guilty of two counts of burglary with assault and battery, four counts of criminal mischief, a single count of resisting arrest with violence, and three counts of battery on a law enforcement officer. The court sentenced Callahan as a prison releasee reoffender to life imprisonment on two of the counts and lesser sentences on the others.

On direct appeal, the First DCA affirmed. On subsequent appeals of orders denying postconviction relief, the First DCA again affirmed. Callahan then filed his § 2254 petition here, which the Secretary agrees is timely.

Callahan raises thirteen grounds. The Secretary responded in opposition, and the magistrate judge—in a thorough and comprehensive report and recommendation—recommends denying the petition without an evidentiary hearing. ECF No. 20. There has been no objection to the report and recommendation.

1

Having carefully considered the matter, I agree with the magistrate judge's recommendation in full. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on January 3, 2024.

                                                   s/ *Allen Winsor*
                                                   United States District Judge